Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VII

| | | |
|---|---|---|
| GERALDO A MEDERO GONZÁLEZ<br><br>Peticionario<br><br>v.<br><br>REESA M. TRICOCHE Y OTROS<br><br>*Recurrida* | TA2026RE00006 | *Mandamus* acogido como *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br><br>Caso Núm.:<br>LU2023CV00179<br><br>Sobre:<br>Daños y otros |

Panel integrado por su presidente, el Juez Rodríguez Casillas, la Juez Barresi Ramos y la Jueza Santiago Calderón

Santiago Calderón, Jueza Ponente

## **RESOLUCIÓN**

En San Juan, Puerto Rico, a 20 de abril de 2026.

Comparece ante nos por derecho propio[1], el señor Geraldo A. Medero González (señor Medero González o peticionario) mediante un recurso de *Mandamus*[2] junto a una moción en *Auxilio de Jurisdicción,* presentados ambos el 15 de abril de 2026. En estos, nos solicita que le ordenemos al Hon. José A. Caballero López (Juez Caballero López), del Tribunal de Primera Instancia, Sala Superior de Fajardo (TPI), la expedición inmediata del mandamiento de ejecución y la autorización de entrada del alguacil a la propiedad donde se encuentran los bienes muebles embargables en posesión y control de la señora Reesa M. Tricoche (señora Tricoche o recurrida).

Examinada la petición presentada y por entender que no es necesaria la comparecencia de la otra parte, prescindimos de la

---

[1] Nuestro ordenamiento reconoce el derecho a representarse por derecho propio. Sin embargo, la persona que desee autorrepresentarse deberá cumplir con los requisitos de la Regla 9.4 de las de Procedimiento Civil, 32 LPRA Ap. V., R. 9.4.
[2] Acogemos el *mandamus* de epígrafe como un *certiorari*, por ser el recurso adecuado para la revisión de la determinación recurrida. Sin embargo, para fines administrativos, mantendremos la codificación alfanumérica asignada al caso.

misma[3] y procedemos a disponer del recurso ante nuestra consideración.

Tras examinar minuciosamente el expediente del TPI y el argumento presentado por el señor Medero González, en relación con los criterios de la Regla 40 del Reglamento del Tribunal de Apelaciones[4], no identificamos que el TPI haya incurrido en prejuicio, parcialidad o error craso y manifiesto en la apreciación de la prueba que amerite la intervención de este Tribunal de Apelaciones.

En el presente caso, el peticionario no ha demostrado que el foro de instancia se excedió en el ejercicio de su discreción, ni que erró en la interpretación del derecho. Tampoco constató que el abstenernos de interferir en la determinación recurrida constituiría un fracaso irremediable de la justicia.

Por lo antes expuesto, procede que se **deniegue** el recurso de *certiorari* y se declare **No Ha Lugar** la *Moción en Auxilio de Jurisdicción.*

En consecuencia, se devuelve el caso al Tribunal de Primera Instancia, Sala Superior de Fajardo, para la continuación de los procedimientos, conforme a lo aquí resuelto y se le ordena al foro primario que evalué si el peticionario ha incumplido con los criterios establecidos en la Regla 9.4 de las de Procedimiento Civil, *supra.*

A tenor con lo dispuesto en la Regla 35 (A) (1) del Reglamento del Tribunal de Apelaciones, el Tribunal de Primera Instancia puede proceder de conformidad con lo aquí resuelto, sin necesidad de tener que esperar por nuestro mandato[5].

---

[3] Véase la Regla (7) (B) (5) del Reglamento del Tribunal de Apelaciones, según enmendada, *In Re Aprob. Enmda. Reglamento TA*, 2025 TSPR 141, pág. 15, 216 DPR _____ (2025).

[4] Véase la Regla 40 del Reglamento del Tribunal de Apelaciones, según enmendada, *In Re Aprob. Enmda. Reglamento TA*, 2025 TSPR 141, pág. 63, 216 DPR _____ (2025).

[5] Véase la Regla 35 (A) (1) del Reglamento del Tribunal de Apelaciones, según enmendada, *In Re Aprob. Enmda. Reglamento TA*, 2025 TSPR 141, pág. 58, 216 DPR _____ (2025).

**Notifíquese inmediatamente**.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones